United States District Court
Southern District of Texas
**ENTERED**
July 17, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| REFUGIO SANTAMARIA, <br> "Plaintiff," <br><br> v. <br><br> BARRACK HUSSEIN OBAMA, <br> "Defendant." | § <br> § <br> § <br> § <br> § Civil Action No. 1:25-cv-00101 <br> § <br> § <br> § |

## ORDER

Before the Court is the "Magistrate Judge's Report and Recommendation" (Dkt. No. 8) ("R&R"). The R&R recommends that the Court (1) dismiss Plaintiff's claims for lack of subject matter jurisdiction; and (2) direct the Clerk of Court to close this case.

Objections to the R&R were due July 2, 2025. No objections were filed. If there have been no objections to the magistrate's ruling, the appropriate standard of review is "clearly erroneous, abuse of discretion and contrary to law." *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989).

Finding no clear error, abuse of discretion, or finding contrary to law, the R&R (Dkt. No. 8) is **ADOPTED**. In accordance with Fed. R. Civ. P. 12(h)(3), Plaintiff's claims against Defendant are **DISMISSED**. The Clerk of the Court is **ORDERED** to close this case.

Signed on this 17th day of July, 2025.

Rolando Olvera
United States District Judge